## Commonwealth *v.* Gibbs, Appellant.

Submitted December 6, 1974. *Richard P. Hunter, Jr.,* and *Foglietta & Ziccardi,* for appellant; *Glenn S. Gitomer, Mark Send-*

*row,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.